**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL NICANOR,

        Plaintiff,

   v.

RON SANTOS,

        Defendant.
_____/

No. C 02-5900 PJH

**JUDGMENT**

    Pursuant to the order signed today, this action is DISMISSED with prejudice pursuant to Fed. R. Civ. pro. 41(b) for plaintiff's failure to prosecute.

    **IT SO ORDERED AND ADJUDGED.**

Dated: November 7, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge